IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES McPHERSON, | : | |
| Plaintiff | : | No. 1:19-cv-01865 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| COUNTY OF DAUPHIN d/b/a | : | |
| DAUPHIN COUNTY PRISON, and | : | |
| JOHN DOES and JANE DOES, | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 24th day of March 2020, upon consideration of Defendant County of Dauphin d/b/a Dauphin County Prison ("Defendant County")'s motion to dismiss (Doc. No. 8), in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant County's motion to dismiss (Doc. No. 8) is **DENIED**.

2. Defendant County is directed to file an answer to Plaintiff's complaint (Doc. No. 1) within fourteen (14) days of the date of this Order.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
